UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

TRACI WADE,

          Plaintiff,

v.                                Case No. 2:19-cv-172

KEY BANK OF VERMONT,

          Defendant.

ORDER DISMISSING CASE

The court having been advised by the Evaluator's Report (Document No. 31) that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is hereby dismissed, without costs, with the right to petition, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

Dated at Burlington, in the District of Vermont, this 27th day of March, 2020.

                                                /s/ William K. Sessions III
                                                William K. Sessions III
                                                U.S. District Judge